NOTT, PLAINTIFF-APPELLANT, *v.* CHESTER, JR., EXR.,
DEFENDANT-APPELLEE.

Ohio Appeals, Tenth District, Franklin County.

No. 6525.   Decided May 9, 1961.

*Mr. Francis J. Eberly* and *Mr. Walton Glover Alcorn,* for
plaintiff-appellant.
*Mr. Clayton W. Rose, Jr.,* for defendant-appellee.

*Per Curiam.*   This is an appeal from an order of the Com-
mon Pleas Court sustaining a demurrer and dismissing the peti-
tion.   Appellant, the divorced wife of John Pickens, deceased,
duly and properly brought this action against the administrator
of Pickens' estate.   The claim is for the support of the de-
cedent's minor children from the date of his death to the date
of their maturity—in total, $16,280.

The action is brought in the name of Marie L. Nott.   There
is no indication of any capacity other than her own, except
what might be implied from the fact that the claim is for child
support.   No separation or other agreement is alleged.   Orders
of the Domestic Relations Court for divorce and support are
attached.   The orders do not purport to award a lump sum for
support, nor do they purport to impose any obligation on the

decedent for a period after his death, nor against his estate. They simply set a specified amount to be paid per week. On its face, the petition does not claim any amount owing before the decedent's death. It does not, and could not in this action, contain any claim based on testate succession or on the statutes relating to intestate succession or pretermitted heirs.

We believe the principles of law applicable to this petition in its present state are sufficiently stated in *Platt* v. *Davies*, 82 Ohio App., 182 (1947). See also *Billow* v. *Billow*, 97 Ohio App.. 277 (1953).

The order of the Common Pleas Court is affirmed.

DUFFEY, P. J., BRYANT and DUFFY, JJ., concur.